Form 13hrgobj

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:*  Micki S Henderson                         *Case No.:*  10–81912
*Debtor*

                                                    *Chapter:*  13

---

### HEARING AND OBJECTION DATE NOTICE RE: MOTION TO DISMISS CHAPTER 13

**Notice is hereby provided:**

On **04/13/2011**, the Chapter 13 Trustee filed a motion to dismiss this case for the following reason:

- ☑ Failure on the part of the debtor(s) to make the required monthly payments.
- ☐ the plan is no longer viable.
- ☐ Other:

**If you do not want the Court to dismiss your case,** you or your attorney must file a written objection on or before **5/6/11.** Failure to file a written response by this date will result in dismissal without further notice or hearing.

**If an objection or response is filed, it will be heard on 5/23/11 at 02:15 PM in Federal Building, Room 121, 100 NE Monroe Street, Peoria, IL 61602. <u>This will be your only notification of the hearing.</u>** This hearing will remain on the calendar until such time as the case is dismissed or the trustee withdraws the motion.

Dated: 4/13/11

                                        Pamela C. Sherry
                                        Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.